TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00164-CV

Wilks Ranch Texas Ltd.; Frac Tech Services, LLC; and the City of Cisco, Texas,
Appellants

v.

The Public Utility Commission of Texas; Barry T. Smitherman, Chairman;
Donna L. Nelson, Commissioner; Kenneth W. Anderson, Jr., Commissioner; and
Lone Star Transmission, LLC, Appellees

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
NO. D-1-GN-11-000571, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING**

# M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss appeal. Appellants state that
the parties have settled their dispute and that appellants no longer wish to prosecute the appeal.
Accordingly, we grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____
Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed on Appellants' Motion

Filed: November 7, 2013